UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANA OCEGUEDA,<br><br>                          Petitioner,<br>    v.<br>WARDEN JO GENTRY, et al.,<br><br>                          Respondent. | Case No. 2:15-cv-01884-JCM-GWF<br><br>ORDER |

Petitioner in this closed habeas action has filed a motion for Rule 60(b) relief. (ECF No. 7). Respondents should have an opportunity to respond to the petitioner's motion but have not been served in this action or otherwise appeared.

Accordingly, IT IS HEREBY ORDERED that, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, that the clerk shall make informal electronic service upon respondents by adding Nevada Attorney General Aaron D. Ford as counsel for respondents and directing a notice of electronic filing of this order and the petitioner's Rule 60(b) motion to his office.

IT IS FURTHER ORDERED that respondents shall file a response to petitioner's Rule 60(b) motion within thirty days of the date of entry of this order.

IT IS SO ORDERED.

DATED THIS 8th day of April 2019.

                                                                                     JAMES C. MAHAN
                                                                                     UNITED STATES DISTRICT JUDGE