UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANA OCEGUEDA, | Case No. 2:15-cv-01884-JCM-GWF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN JO GENTRY, et al., | |
| Respondents. | |

Respondents' unopposed motion for enlargement of time (ECF No. 10) is GRANTED. Respondents will have until June 7, 2019, to file a response to petitioner's motion for relief from judgment.

IT IS SO ORDERED.

DATED May 14, 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1