UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANA OCEGUEDA,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WARDEN JO GENTRY, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:15-cv-01884-JCM-GWF<br><br>ORDER |

Petitioner's unopposed motion for extension of time (ECF No. 13) is GRANTED. Petitioner will have until July 12, 2019, to file a reply to respondents' response to petitioner's motion for relief from judgment.

IT IS SO ORDERED.

DATED June 14, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1