# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ANA OCEGUEDA, | Case No. 2:15-cv-01884-JCM-EJY |
|---|---|
| Petitioner, | |
| v. | **ORDER** |
| WARDEN JO GENTRY, et al., | |
| Respondents. | |

Good cause appearing, respondents' first unopposed motion for enlargement of time (ECF No. 19) is GRANTED. Respondents have until January 14, 2020, to answer the first amended petition in this case.

DATED November 18, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1