# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANA OCEGUEDA,<br><br>  Petitioner,<br>v.<br>WARDEN JO GENTRY, et al.,<br><br>  Respondents. | Case No. 2:15-cv-01884-JCM-EJY<br><br>**ORDER** |

Good cause appearing, respondents' second unopposed motion for enlargement of time (ECF No. 21) is GRANTED. Respondents have until February 28, 2020, to answer the first amended petition in this case.

DATED: January 15, 2020.

　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE