# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANA OCEGUEDA,<br><br>                Petitioner,<br>v.<br>WARDEN JO GENTRY, et al.,<br><br>                Respondents. | Case No. 2:15-cv-01884-JCM-EJY<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that petitioner's unopposed motion for extension of time (ECF No. 28) is GRANTED. Petitioner has until May 11, 2020, to oppose respondents' motion to dismiss (ECF No. 23).

DATED March 16, 2020.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE