# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANA OCEGUEDA,<br><br>               Petitioner,<br>v.<br><br>WARDEN JO GENTRY, et al.,<br><br>               Respondents. | Case No. 2:15-cv-01884-JCM-EJY<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed first motion for extension of time (ECF No. 38) to file reply in support of her petition for writ of habeas corpus is GRANTED. Petitioner has until May 24, 2021 to file her reply.

DATED: April 29, 2021.

                                                          JAMES C. MAHAN
                                                          UNITED STATES DISTRICT JUDGE